IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ANTHONIA N. OJEMENI
also known as
Nkiraka Anthonia Ojemeni

   Plaintiff,

    v.

EDUARDO SANCHEZ
AND ALL OTHERS,

   Defendant.

CIVIL ACTION FILE
NO. 1:10-CV-4100-TWT

## ORDER

This is a dispossessory action wrongfully removed to this Court. It is before the Court on the Report and Recommendation [Doc. 2] of the Magistrate Judge recommending remanding this action to the Magistrate Court of DeKalb County, Georgia. For the reasons set forth in the thorough and well reasoned Report and Recommendation, this Court lacks subject matter jurisdiction to hear this action. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is remanded to the Magistrate Court of DeKalb County, Georgia.

SO ORDERED, this 1 day of February, 2011.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge